# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | **CIVIL ACTION NO. 1:13-CV-2731** |
| **Plaintiff** | : | **Chief Judge Conner** |
| v. | : | |
| **BRIAN HARRIS**, <u>et al.</u>, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of December, 2013, it is hereby ORDERED that:

1. Plaintiff shall file an amended complaint on or before December 30, 2013.

2. The amended complaint shall contain the same case number that is already assigned to this action, 1:13-CV-2731, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e).

3. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of the court and will result in dismissal of the complaint. See FED. R. CIV. P. 20.

4. Failure to file an amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of court.

5. The Clerk of Court is directed to forward to plaintiff a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. See 28 U.S.C. §636(c) Plaintiff shall notify the Court of whether he desires to consent to the jurisdiction of a United States Magistrate Judge at the time he files his amended complaint.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania