## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | **CIVIL ACTION NO. 1:13-CV-2731** |
| | : | |
| **Plaintiff** | : | **Chief Judge Conner** |
| | : | |
| **v.** | : | |
| | : | |
| **U/K DOLPHIN, U/K SWISHER,** | : | |
| **JAMES HARRINGTON, U/K** | : | |
| **MARSH, JOHN WETZEL,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 22nd day of January, 2014, upon consideration of plaintiff's

motion (Doc. 12) for judicial notice, and it appearing that the motion seeks a court

ruling on the sufficiency of the amended complaint prior to the filing of any

response thereto, it is hereby ORDERED that said motion is DENIED.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania