# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | Civil No. 1:13-CV-2731 |
| **Plaintiff** | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| **QUENTIN DOLPHIN, et al.,** | : | |
| **Defendants** | : | |

## MEMORANDUM ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The plaintiff in this action, Damont Hagan, is an inmate in the custody of the Pennsylvania Department of Corrections, (DOC) currently housed at the State Correctional Institution at Huntingdon. In this case, Hagan has sued various individuals, all of whom are contracted with or employed by the DOC, alleging that the defendants engaged in a conspiracy to modify his health diagnosis and discontinue his prescription medications in order to keep him hidden from certain Department of Justice officials who were intending to tour the facility and interview inmates as part of an investigation. Hagan also alleges that the defendants took these actions to retaliate against him for filing grievances and other litigation against prison staff. Additionally, Hagan alleges that the defendants prolonged his detention in segregated housing, and exhibited deliberate indifference to his serious medical needs, in

violation of the Eighth Amendment.

We now consider several motions in this case.

First, Hagan has filed a motion indicating that his claims against defendants Wetzel, Swisher and Marsh have been settled and resolved. (Doc. 154.) Along with this motion, Hagan has filed a motion to seal the terms of that purported settlement, which is set forth in Exhibit A to Doc. 154. (Doc. 155.) Pending confirmation from corrections counsel that all parties are in agreement on the terms of a settlement, we will hold the motion for settlement, (Doc. 154) in abeyance, but IT IS ORDERED that the motion to seal Exhibit A to Doc. 154 (Doc. 155) is GRANTED and that exhibit is hereby SEALED, pending further order of court.

In addition, Hagan has filed a motion to stay his briefing requirements on the corrections' defendants motion for summary judgment, pending confirmation of the settlement of the claims against these corrections defendants. (Doc. 161.) This motion is also GRANTED.

Further, Hagan has filed a motion to correct an errata contained in a brief which he filed in opposition to a motion for summary judgment filed by a non-correctional medical defendant, Defendant Dolphin. (Doc. 160.) This motion is also GRANTED, and the corrections to this brief made by Hagan will be noted by the court.

So ordered this 23d day of December, 2015.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
